UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> TERRENCE ANTHONY KINARD, ) <br> ) <br> Defendant. ) <br> ) | NO.    CR-08-184-WFN-1 <br><br> ORDER |

A pretrial conference and motion hearing was held June 8, 2009. The Defendant, who is in custody, was present and represented by Kimberly Deater; Assistant United States Attorney Aine Ahmed represented the Government.

The Court addressed Defendant's pending Motion to Reconsider (Ct. Rec. 97) and Defendant's oral request for Henthorn materials. The Court clarified which evidence will be permitted in discussing the two incidents that the Court already ruled admissible.

The Court has reviewed the file and Motions and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:.

1. The Defendant's oral request for Henthorn review, is **GRANTED**. The Government shall review law enforcement personnel files and provide impeachment information.

2. Defendant's Motion for Reconsideration of Order to Admit 404(b) Evidence and for Clarification, filed June 8, 2009, **Ct. Rec. 97**, is **GRANTED IN PART.** The Court's

ORDER - 1

Order regarding 404(b) Evidence stands; however, the Court **CLARIFIED** the Order as follows:

For the 2005 incident, the Government may introduce evidence as to the location; the cell phone, specifically the Government's witness may discuss its presence, the ringing, and the content of the conversations that Detective Barrington had with callers; contraband present; and the involvement of law enforcement. For the 2008 incident, the Government may discuss the involvement of law enforcement and the incessant ringing of the cell phone. The Government shall not illicit responses which discuss the outstanding warrant or anything to do with prostitution.

3. The trial date of **June 16, 2009, at 9:00 a.m.** and final pretrial conference at **8:00 a.m.** are **CONFIRMED**. Please see the Court's May 11, 2009 Order for details regarding trial procedures.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 8th day of June, 2009.

06-08

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2