PROB 12C
(7/93)

Report Date: April 10, 2015

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 13 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

for the

Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Terrence A. Kinard | Case Number: 0980 2:08CR00184-WFN-1 |
| Address of Offender: ███████████████ | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 11, 2010

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 80 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: December 4, 2013 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: December 3, 2017 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| 2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On March 4, 2015, the offender failed to appear to provide a urine sample pursuant to the phase urinalysis program. On March 5, 2015, the offender provided a urine sample at the United States Probation Office, which tested presumptive positive for cocaine, methamphetamine, and opiates. The offender met with the undersigned officer following the above-referenced urine test. Terrence Kinard admitted to attending a party where illicit drugs were used. However, he vehemently denied knowingly ingesting a controlled substance. The above-mentioned specimen was confirmed positive for methamphetamine and cocaine metabolites. |

Prob12C
Re: Kinard, Terrence A
April 10, 2015
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/10/2015

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/13/15

Date