PROB 12C
(7/93)

Report Date: June 19, 2015

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Terrence Anthony Kinard          Case Number: 2:08CR00184-WFN-1

Address of Offender: 

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 11, 2010

Original Offense:    Possession with Intent to Distribute 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1)

Original Sentence:   Prison - 80 months          Type of Supervision: Supervised Release
                     TSR - 48 months

Asst. U.S. Attorney: Aine Ahmed                Date Supervision Commenced: December 4, 2013

Defense Attorney:    Meredith B Esser          Date Supervision Expires: December 3, 2017

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/10/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: Terrence Kinard violated the conditions of his supervised release in Spokane, Washington, on June 15, 2015, by providing a urine sample that tested positive for morphine, methamphetamine, and cocaine metabolites. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/19/2015

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

Case 2:08-cr-00184-WFN    Document 211    Filed 06/19/15

Prob12C
**Re: Kinard, Terrence Anthony**
**June 19, 2015**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

6/19/2015
Date