PROB 12C
(7/93)

Report Date: July 2, 2015

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 02 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Terrence Anthony Kinard                Case Number: 2:08CR00184-WFN-1

Address of Offender: ███████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 11, 2010

Original Offense:     Possession with Intent to Distribute 5 Grams or More of a Mixture or Substance
                      Containing Cocaine Base, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison - 80 months              Type of Supervision: Supervised Release
                      TSR - 48 months

Asst. U.S. Attorney:  Aine Ahmed                      Date Supervision Commenced: December 4, 2013

Defense Attorney:     Meredith B Esser                Date Supervision Expires: December 3, 2017

## PETITIONING THE COURT

To **issue a warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/19/2015 and 04/10/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 and 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |
| | **Supporting Evidence**: Terrence Kinard violated the conditions of his supervised release in Spokane, Washington, on July 1, 2015, by being arrested for a new state law violation. Specifically, he was arrested for possession of a controlled substance, methamphetamine and heroin. |
| 6 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Terrence Kinard violated the conditions of his supervised release in Spokane, Washington, on June 19, 2015, by failing to follow the direction of his supervising probation officer. Specifically, the offender failed to report to the U.S. Probation Office as directed. |

Case 2:08-cr-00184-WFN   Document 224   Filed 07/02/15

Prob12C
Re: Kinard, Terrence Anthony
July 2, 2015
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/02/2015

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

7/2/15
Date